**Brian J. Posewitz,** OSB No. 91400
Direct Dial:         (503) 432-8249
Direct Facsimile:    (503) 432-8427
E-Mail:   brianposewitz@comcast.com
8508 SE 11th Ave.
Portland, OR  97202

    Of Attorneys for Plaintiff Bullseye Glass Co.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **BULLSEYE GLASS CO.**, an Oregon corporation, <br><br> **PLAINTIFF,** <br><br> v. <br><br> **STERLING PUBLISHING CO., INC.**, a Delaware corporation, and **PARRAMON EDICIONES, S.A.**, a Spanish corporation, <br><br> **DEFENDANTS.** | Civil No. CV 06-110-ST <br><br><br> **PLAINTIFF'S NOTICE OF DISMISSAL** |

    Pursuant to Fed. R. Civ. P. 41(a)(1), allowing dismissal by notice from Plaintiff without a Court order when, as here, no answer or motion for summary judgment has been filed, Plaintiff hereby gives notice of dismissal of this action, with prejudice and without costs or attorney fees to any party.

    DATED June 10, 2006.

By _/s/ Brian Posewitz_
BRIAN J. POSEWITZ, OSB No. 91400
Direct Dial:   (503) 432-8249
Of Attorneys for Plaintiff Bullseye Glass Co.

Page 1 - NOTICE OF DISMISSAL

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing NOTICE OF DISMISSAL on:

>Duane Bosworth
>Davis Wright Tremaine
>Suite 2300
>1300 SW Fifth Avenue
>Portland, OR 97201
>duanebosworth@dwt.com

>Attorney for Defendants

by concurrently electronically mailing this document in .PDF format to each attorney's last-known e-mail address on the date set forth below.

DATED this 10th day of June, 2006.

By _____
BRIAN J. POSEWITZ, OSB No. 91400
Direct Dial:   (503) 432-8249

Of Attorneys for Plaintiff Bullseye Glass Co.